```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 38134
   JOHN C MILLER
   VALERIE P MILLER                         CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-6618     SSN XXX-XX-7506


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/13/2004 and was confirmed 01/19/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 01/28/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
DISCOVER FINANCIAL SERVI   UNSECURED          5298.07          .00         529.81
NATIONAL AUTO FINANCE      SECURED           13078.00       864.91       13078.00
WELLS FARGO HOME LOANS     CURRENT MORTG         .00          .00             .00
ROUNDUP FUNDING LLC        UNSECURED          4319.09          .00         431.91
LVNV FUNDING LLC           UNSECURED          2066.34          .00         206.63
CAPITAL ONE                UNSECURED        NOT FILED          .00             .00
CARE CENTERS INC           UNSECURED        NOT FILED          .00             .00
CARD PROCESSING CENTER     UNSECURED           748.97          .00          74.90
CB USA SEARS               UNSECURED        NOT FILED          .00             .00
RESURGENT ACQUISITION LL   UNSECURED          4776.94          .00         477.69
RESURGENT ACQUISITION LL   UNSECURED          6835.61          .00         683.56
INGALLS HEALTH SYSTEM      UNSECURED        NOT FILED          .00             .00
EDDUE BAUER                UNSECURED        NOT FILED          .00             .00
FIRST CONSUMERS NB         UNSECURED          1970.29          .00         197.03
ROUNDUP FUNDING LLC        UNSECURED         17533.59          .00        1753.36
FNANB                      UNSECURED        NOT FILED          .00             .00
SULLIVAN AMBULANCE         UNSECURED        NOT FILED          .00             .00
ECAST SETTLEMENT CORP      UNSECURED           584.74          .00          58.47
KOHLS                      UNSECURED           747.09          .00          74.71
ECAST SETTLEMENT CORP      UNSECURED         10952.59          .00        1095.26
PEOPLES BANK               UNSECURED        NOT FILED          .00             .00
PRUDENTIAL FINANCIAL       UNSECURED        NOT FILED          .00             .00
SEARS ROEBUCK & CO         UNSECURED        NOT FILED          .00             .00
WAL MART STORES INC        UNSECURED        NOT FILED          .00             .00
CHASE MANHATTAN BANK       UNSECURED           186.95          .00          18.70
NATIONAL AUTO FINANCE      UNSECURED           137.19          .00          13.72
GREENBERG & ASSOC          DEBTOR ATTY       1,580.00                     1,580.00
TOM VAUGHN                 TRUSTEE                                        1,219.34
DEBTOR REFUND              REFUND                                           315.00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------


               PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 04 B 38134 JOHN C MILLER & VALERIE P MILLER
```

```
                         RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                 22,673.00

PRIORITY                                             .00
SECURED                                        13,078.00
    INTEREST                                      864.91
UNSECURED                                       5,615.75
ADMINISTRATIVE                                  1,580.00
TRUSTEE COMPENSATION                            1,219.34
DEBTOR REFUND                                     315.00
                       ---------------      ---------------
TOTALS                  22,673.00              22,673.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 04/24/08                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE